UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NYGEA WILLIAMS

_____

_____
(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 1:16-CV-731.
(to be supplied by Clerk
of the District Court)

Q. Connel Schwab

v.

OFFICE OF VOCATIONAL REHABILITATION
DAVID DE NOTARIS, DIRECTOR
SECRETARY U.S. DEPT OF EDUCATION
ALLYSON WULBRANT,
(Enter above the full name of
the defendant(s) in this action)
JOSEPH SEITCHEY @
TONY ANTHONY MILES

FILED
HARRISBURG, PA

MAY 02 2016

AAA

## COMPLAINT

1. The plaintiff NYGEA WILLIAMS a citizen of the County of DAUPHIN State of Pennsylvania, residing at 1326 HOWARD ST. HARRISBURG PA 17104 wishes to file a complaint under RANDOLPH SHEPARD ACT.
(give Title No. etc.)
20 U.S.C. 107 et seq / ADA / 42 U.S.C. 1983 -
TITLE 34 EDUCATION

2. The defendant is OFFICE OF VOCATIONAL REHABILITATION DAVID DE NOTARIS, SECRETARY
U.S. DEPT OF EDUCATION / JOEY KIEGER / NAN BONNET FOLK / AGENTS
ALLYSON WULBRANT, et al BEP COORDINATOR DEP

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)

PLAINTIFF IS A BLIND VENDOR PROTECTED UNDER THE
20 USC 107 et seq & ADA, SECTION 504 OF THE REHABILITATION ACT
AND PLAINTIFF IS AN AFRICAN AMERICAN FEMALE.

DEFENDANTS HAVE NOT BEEN NOTIFIED BECAUSE OF EXIGENCY OF MATTER.

**3. (CONTINUED)** PLAINTIFF HAS BEEN IN THE BEP BUSINESS ENTERPRISE PROGRAM FOR 10 MONTHS & RANDOLPH SHEPPARD ACT. ON ~~FRIDAY~~ APRIL 28, 2016. ~~HER~~ A BEP AGENT NAME JOEY KIGGER CAME INTO THE PLAINTIFF'S PLACE OF BUSINESS WITH HER 2 CHILDREN, WHO WERE ALSO RUNNING AND DOING BACKFLIPS OVER THE PREMISES, RUNNING BACK & FORTH IN THE KITCHEN WITHOUT A HAIR NET AND CREATING A RUCKUS WHEN PLAINTIFF TOLD THE AGENT THE CUSTOMER WERE COMPLAINING AGENT CREATED AN INCIDENT W/ ONE OF THE WORKERS AS AND CALLED THE POLICE AND FALSELY REPORTED A DISTURBANCE WITH PLAINTIFF SAID TO HAVE STAFF MEMBER REMOVED.   APRIL ~~30~~ 2019 - APRIL 29 ON THE NEXT DAY FRIDAY THE (4) MANAGEMENT PERSONNEL CAME INTO PLAINTIFF BUSINESS AND WITHOUT NOTICE OR JUSTIFICATION OR LEGAL AUTHORITY ORDERED PLAINTIFF TO LEAVE THE PREMISES IMMEDIATELY. PLAINTIFF IS WITHOUT ANY MEANS TO RETRIEVE HER PERSONAL EFFECTS, IN WAS BUILDING, PLAINTIFF HAS NO OTHER MEANS OF SUPPORTING HERSELF OTHER THAN HER BUSINESS AT THE GSL BUILDING IN THE RANDOLPH ST. PLAINTIFF WAS DENIED DUE PROCESS PLAINTIFF WAS WORKING IN A RACIAL HOSTILE RACIAL WORK ENVIRONMENT BY DEFENDANTS.

PLAINTIFF WAS DENIED HER DUE PROCESS TO HAVE REDRESS PRIOR TO ANY ADVERSE UNWARRANTED ACTION BEING TAKEN. W/S PLAINTIFF WAS RAILROAD W/O GOOD CAUSE

PLAINTIFF HAS BEEN AND CONTINUES TO BE IRREPARABLY HARMED BY DEFENDANTS CLASSIST UNLAWFUL CONDUCT.

OVER →

**4. WHEREFORE, plaintiff prays that**

(Signature of Plaintiff)

PLAINTIFF, WHEREFORE PRAYS THAT THIS HONOURABLE COURT WILL ORDER DEFENDANTS TO PERMIT PLAINTIFF TO RETURN TO HER BUSINESS AT L&I BUILDING IN HARRISBURG IMMEDIATELY AND PROCEED UNDER PA 55 Chapter 2430 BUSINESS ENTERPRISE PROGRAM. PLAINTIFF PRAYS THE COURT WOULD APPOINT PLAINTIFF AN ATTORNEY & PERMIT THE UNDERLYING DISPUTE ISSUES TO BE HEARD IN ACCORDANCE WITH THE STATE AND FEDERAL Procedure in A FAIR HEARING. According to FED. + STATE STATUTES AND PERMIT COUNSEL TO AMEND THIS COMPLAINT & NOTIFY DEFENDANTS OF COMPLAINT & HAVE ATTORNEY FEES + TO HAVE THE U.S. MARSHAL SERVE COMPLAINT AND PRAY THE COURT WILL GRANT PLAINTIFF IFP STATUS

Nyapea Williams  5-2-2016

Nyapea Williams