IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NYGEA WILLIAMS,** | : |
| | : |
| **Plaintiff** | : |
| | : No. 1:16-cv-731 |
| v. | : |
| | : (Judge Kane) |
| **OFFICE OF VOCATIONAL,** | : |
| **REHABILITATION, <u>et al.</u>,** | : (Magistrate Judge Mehalchick) |
| | : |
| **Defendants** | : |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On November 18, 2016, Magistrate Judge Mehalchick issued a Report and Recommendation in the above-captioned case recommending that Plaintiff's motion for a preliminary injunction (Doc. No. 3), be denied. (Doc. No. 8.) Objections to that Report and Recommendation were due by December 5, 2016. On December 5, 2016, Plaintiff filed a one-page document entitled "Motion to Extend Time to Answer Denial of Plaintiff's Motion for a Preliminary Injunction to Amend Plaintiff's Complaint; and a Motion for Permission to File on Behalf of Six New Plaintiff's Complaints All of Which Are to Be Related to Plaintiff's, 16-CV-00731-YK, Complaint and All of Which Seek to Be Filed Under Seal. Or In Camera Review Prior to Being Docketed For Publication." (Doc. No. 9.) The Court construed the document as a motion for additional time to file objections to Magistrate Judge Mehalchick's Report and Recommendation, and granted the motion insofar as it sought additional time to file objections. (Doc. No. 10.) Pursuant to the Court's Order, objections to the Report and Recommendation were due December 16, 2016.

On December 16, 2016, Plaintiff filed a "Motion for Additional Time to Reply to

Magistrate Report and Recommendation." (Doc. No. 11.) The Court again granted Plaintiff additional time to file objections to Magistrate Judge Mehalchick's Report and Recommendation, setting the date of January 6, 2017 as the deadline for filing any objections to the Report and Recommendation. (Doc. No. 13.) In that Order, however, the Court cautioned Plaintiff that it would not entertain any further motions for extension of time to file objections to the Report and Recommendation. No timely objections have been filed.

**ACCORDINGLY,** this 10th day of January 2017, upon consideration of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 8) of Magistrate Judge Mehalchick.

2. Plaintiff's motion for preliminary injunction (Doc. No. 3) is **DENIED**.

3. This matter is referred back to Magistrate Judge Mehalchick for further pretrial management.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania