IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NYGEA WILLIAMS,<br>    Plaintiff<br><br>v.<br><br>OFFICE OF VOCATIONAL,<br>REHABILITATION, <u>et al.</u>,<br>    Defendants | No. 1:16-cv-731<br><br>(Judge Kane)<br><br>(Magistrate Judge Mehalchick) |

## ORDER

Presently before the Court is the May 16, 2018 Report and Recommendation of Magistrate Judge Mehalchick recommending dismissal of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). (Doc. No. 23.) No timely objections have been filed.[1]

**ACCORDINGLY,** on this 11th day of June 2018, upon independent consideration of the record and applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 23), of Magistrate Judge Mehalchick;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff is permitted thirty (30) days to file an amended complaint legibly reasserting her claims in accordance with Federal Rules of Civil Procedure 8(a) and 8(d)(1); and

---

[1] A review of the docket in this case reflects that the copy of the Report and Recommendation sent to Plaintiff at the address she provided to the Court has been returned as undeliverable. (Doc. No. 24.)

1

4. This matter is referred back to Magistrate Judge Mehalchick for further proceedings.

          s/ Yvette Kane
          Yvette Kane, District Judge
          United States District Court
          Middle District of Pennsylvania